UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE RODRIGUEZ,

                        Plaintiff

    v.

MICHAEL NIEVES, *et al.*,

                    Defendants

Case No. 2:19-cv-01644-KJD-NJK

ORDER

(Docket No. 4)

## I. DISCUSSION

On September 20, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than October 21, 2019. Docket No. 3 at 2. On October 22, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not yet received his financial certificate from the Nevada Department of Corrections. Docket No. 4 at 1. The Court **GRANTS** Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee no later than November 25, 2019.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time, Docket No. 4, is **GRANTED**.

IT IS FURTHER ORDERED that, no later than **November 25, 2019**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

///

///

///

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: October 24, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE