UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>                Plaintiff<br><br>    v.<br><br>MICHAEL NIEVES, *et al*.,<br><br>                Defendants | Case No. 2:19-cv-01644-KJD-NJK<br><br>ORDER |

**I. DISCUSSION**

On September 20, 2019, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action no later than October 21, 2019. Docket No. 3 at 2. On October 22, 2019, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from the NDOC yet. Docket No. 4. Thereafter, on November 19, 2019, Plaintiff filed a second motion for an extension of time to file a fully complete application to proceed *in forma pauperis* because he still has not received his financial certificate from the NDOC. Docket No. 6. The Court grants Plaintiff's second motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee no later than January 17, 2020.

**II. CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's second motion for extension of time, Docket No. 6, is GRANTED.

IT IS FURTHER ORDERED that, no later than **January 17, 2020**, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: December 3, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE