UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>                Plaintiff<br><br>   v.<br><br>MICHAEL NIEVES et al.,<br><br>                Defendants | Case No.  2:19-cv-01644-KJD-NJK<br><br>ORDER |

**I.      DISCUSSION**

The Clerk's Office erroneously sent an electronic service notification about this Court's screening order to the wrong party.  The Clerk's Office has corrected the error and changed the notice of electronic service to the Office of the Attorney General of the State of Nevada.

The Court now directs the Attorney General's Office to advise the Court no later than **October 27, 2020**, whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of settlement as directed by the screening order.  Docket No. 9.

**II.     CONCLUSION**

For the foregoing reasons, it is **ORDERED** that the Clerk of the Court will electronically serve a copy of this order, the screening order (Docket No. 9), and a copy of Plaintiff's complaint (Docket No. 10) on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

It is further ordered that the Attorney General's Office will advise the Court no later than **October 27, 2020**, whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of settlement. No defenses or objections, including lack of service, will be waived as a result of the filing of the limited notice of appearance.

1  It is further ordered that the stay is extended until three days after the inmate early
2  mediation conference.  The Office of the Attorney General will file the status report form regarding
3  the results of the stay by that date.
4  DATED:  October 6, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE