# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE RODRIGUEZ,

    Plaintiff,

v.

MICHAEL NIEVES, et al.,

    Defendants.

Case No. 2:19-cv-01644-KJD-NJK

**ORDER**

**I.   DISCUSSION**

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff previously submitted an application to proceed *in forma pauperis* for prisoners. Docket No. 8. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner or pay the full filing fee of $402, no later than September 3, 2021. This case may not proceed until the matter of the payment of the filing fee is resolved.

**II.   CONCLUSION**

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that, no later than September 3, 2021, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

**IT IS FURTHER ORDERED** that, if Plaintiff does not timely comply with this order, dismissal of this action may result.

**IT IS FURTHER ORDERED** that this case may not proceed until Plaintiff either files a fully complete application to proceed *in forma pauperis* for non-prisoners or pays the full filing fee.

Dated: August 4, 2021

_____
Nancy J. Koppe
United States Magistrate Judge