# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSE RODRIGUEZ,

    Plaintiff,

v.

MICHAEL NIEVES, et al.,

    Defendants.

Case No. 2:19-cv-01644-KJD-NJK

**Order**

[Docket No. 32]

Pending before the Court is Defendants' motion to extend the dispositive motion deadline. Docket No. 32. Defendants ask the Court to extend the dispositive motion deadline by 60 days. For good cause shown, the Court **GRANTS** Defendants' request and **EXTENDS** the dispositive motions deadline to November 7, 2021.

The Court **GRANTS** Defendant's request. Docket No. 21.

IT IS SO ORDERED.

Dated: September 8, 2021

                                                                                         
Nancy J. Koppe
United States Magistrate Judge