# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL NIEVES, et al.,<br><br>   Defendants. | Case No.: 2:19-cv-01644-KJD-NJK<br><br>**ORDER**<br><br>[Docket No. 34] |

Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 34. Plaintiff filed the present suit while incarcerated and submitted his complaint for screening at that time. Docket No. 1. A previous order was issued by the Court allowing Plaintiff to proceed *in forma pauperis* while he was an inmate. Docket No. 24; *see also* Docket No. 9. Plaintiff has since been released from custody and the Court ordered Plaintiff to either pay the filing fee for this suit or file a new, non-prisoner application to proceed *in forma pauperis*. Docket No. 31.

Plaintiff complied with the Court's order and filed the instant application to proceed *in forma pauperis*. Docket No. 34. The application has sufficiently shown an inability to prepay fees and costs or give security to them. Accordingly, the application to proceed *in forma pauperis* will be **GRANTED** pursuant to § 1915. The Court's prior order screening Plaintiff's complaint remains operative.

IT IS SO ORDERED.

Dated: September 29, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1